UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON MICHAEL TUBBS                                                                   PLAINTIFF

v.                                       No. 6:17-CV-06032

GARLAND COUNTY, ARKANSAS, et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, and the opinion and order entered in this case on June 30, 2017, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's official capacity 42 U.S.C. § 1983 claims against Defendant Scotty Dodd and Plaintiff's state law claims against all Defendants are DISMISSED WITHOUT PREJUDICE, and Plaintiff's official capacity 42 U.S.C. § 1983 claims against all other Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 9th day of March, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE